PER CURIAM.

(No. 75-CC-46—

A-OK PRODUCTS, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 6, 1974.*

A-OK PRODUCTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

151

PER CURIAM.